UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,            No. 20-cr-20380

v.                 Honorable Nancy G. Edmunds

WILLIAM S. GONTE (D-1) and
BRIAN W. BENDEROFF (D-2),

   Defendants.
_____/

## JUDGMENT

On June 17, 2022, Defendant Brian W. Benderoff moved the Court to dismiss the indictment in this case as time-barred and for failure to charge a crime (ECF No. 124). Defendant William S. Gonte filed a notice of concurrence, joining Defendant Benderoff in this motion, on June 20, 2022 (ECF No. 125). In an opinion and order entered this date, the Court granted Defendant Benderoff's motion to dismiss the indictment.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that the indictment is DISMISSED as to both Defendants Gonte and Benderoff.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: September 12, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 12, 2022, by electronic and/or ordinary mail.

        s/Lisa Bartlett
        Case Manager